UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Tom Fallon, being first duly sworn, do depose and state the following:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), and I have been so employed since April 2007. I am currently assigned to the Homeland Security Investigations (HSI) Special Agent in Charge (SAC) in San Antonio, Texas. I am a graduate of the Federal Law Enforcement Training Center and as a result of my training and experience as a Homeland Security Investigations Agent, my duties include (but are not limited to) the investigation and enforcement of Titles 8, 18, 19, 21, and 33 of the United States Code.

2. Beginning on September 24, 2024, your affiant instructed an HSI confidential informant (CI) to place an add on a website for the sale of an automatic machine gun that belonged to the HSI. The automatic machine gun is an M134 belt fed rifle that weighs approximately 100 pounds and is mounted on three-foot steel tripod (referred hereon as Mini-gun). The Mini-Gun belongs to HSI and was manufactured outside the state of Texas and brought into Texas for the purpose of the sale. Your affiant asserts that based upon his experience international firearms traffickers utilize these websites to purchase illegal firearms.

3. On October 18, 2024, the CI received a phone call from an individual, who was later identified as Felix RODRIGUEZ-Vargas, inquiring about the Mini-gun. From October 18, 2024, through October 28, 2024, your affiant monitored cellular phone calls to the CI, who was utilizing a consensual recorded line. During these calls, RODRIGUEZ-Vargas

told the CI he and "his brother", who was later identified as Edwin PELAYO, were interested in purchasing the Mini-gun for $100,000 in United States currency as long as they (RODRIGUEZ-Vargas and PELAYO) "can test it out". RODRIGUEZ-Vargas told the CI that he (RODRIGUEZ-Vargas) had to travel to California to pick up $30,000 from "his brother" (PELAYO).

4. On October 28, 2024, in San Antonio, Texas, in the Western District of Texas, RODRIGUEZ-Vargas and PELAYO met with the CI and an HSI Undercover Agent. During this meeting, RODRIGUEZ-Vargas and PELAYO inspected the Mini-gun and attempted to purchase it by providing the CI and HSI Undercover Agent $100,000 in United States currency that was inside PELAYO's truck. RODRIGUEZ-Vargas and PELAYO were subsequently arrested by HSI for federal violations of 18USC933 (weapons trafficking) without incident.

5. On November 15, 2024, United States Magistrate Judge Richard Farrer signed a federal search warrant for the cellular telephones belonging to RODRIGUEZ-Vargas and PELAYO that were found on their possession on October 28, 2024.

6. A review of Rodriguez-Vargas' phone (referred hereon as Target Telephone 1) revealed a conversation with XXX-XXX-2570, whose user is identified as Noel ALAVEZ. Your affiant asserts that these conversations revealed that ALAVEZ was coordinating the purchase of the Mini-gun with RODRIGUEZ-Vargas and another unknown subject in Mexico. Furthermore, your affiant asserts these conversations reveal that ALAVEZ and RODRIGUEZ-Vargas have purchased numerous weapons destined to unknown subjects in Mexico. The following is an excerpt from the above mentioned conversation:

2

Case No. 1:25-mj-00155-SBP   Document 1-2   filed 07/30/25   USDC Colorado   pg 3
Case 5:25-mj-00811-ESC *SEALED*   Document 3 *SEALED*   Filed 05/21/25   Page 4 of 11
of 10

7.  On October 16, 2024, at approximately 1651 hours, RODRIGUEZ-Vargas (Target Telephone 1) received a text message from ALAVEZ (XXX-XXX-2570) that said, "We've only turned in 65,750 worth of equipment (**agent interpretation: firearms**). He's (**agent interpretation: unknown**) given us 113,000." RODRIGUEZ-Vargas said, "No we have turned in 67,500. Worth of inventory. Oh shit nvm. In tripping." ALAVEZ said, "Only 4 aks." RODGIGUEZ-Vargas said, "70k. Worth of stuff. 5 aks. 308 ak 4 regular ones." ALAVEZ said, "5 aks. 13, 750." RODRIGUEZ-Vargas sent a screen shot of a list that said:

    SOUTH (agent interpretation: Mexico)

    68,300

    -pkm 33,500

    -3000 round of 50bmg 30,000

    -Ak. 2500

    -Ak. 2500

    =71,000-68,300=2,700

    New 41,500 – 2,700 = 38,800

    -uk -24,000

    -Ak 2500

    -Ak 2500

    -3500 9m can

    -Current tab after all owe to south

8.  RODRIGUEZ-Vargas said, "Plus I have his suppressor here ima turn that in next time I'm out there. Oh shit suppressor 3750. I said 3500 if he got more." ALAVEZ said,

3

"68,500. That's what I got. 5 aks uk and pkm. Aks are 2750 now remember." RODRIGUEZ-Vargas said, "Ur smoked pa. 71, 250. Can you get me proof if possible when they get rid of numbers on toys (**agent interpretation: guns**)." ALAVEZ said, "I asked him." RODRIGUEZ-Vargas said, "Gracias."

9. At approximately 1727 hours, ALAVEZ forwarded a text message from an unknown subject that said, "claro que si manana que salga pkm y los 3 aparatos te mando el video (English translation: Of course, when PKM and the 3 devices come out tomorrow, I'll send you the video)" RODRIGUEZ-Vargas said, "Sesh hell yeah."

10. On October 17, 2024, approximately 0903 hours, RODRIGUEZ-Vargas (Target Telephone 1) received four (4) videos, and one picture message from ALAVEZ (XXX-XXX-2570). The three video messages were of an unknown subject grinding off serial numbers to rifles and the photograph was of several rifles/ammunition displayed in a room. Your affiant asserts that the above paragraphs are evidence of an ongoing weapons trafficking scheme by RODRIGUEZ-Vargas and ALAVEZ to unknown subjects in Mexico. Furthermore, your affiant asserts that these messages reflect that ALAVEZ is communicating with unknown subjects in Mexico and forwarding those messages to RODRIGUEZ-Vargas.

11. On October 18, 2024, at approximately 1638 hours, RODRIGUEZ-Vargas (Target Telephone 1) sent a text message to ALAVEZ (XXX-XXX-2570) that said "Found a mini gun. 150k to me." RODRIGUEZ-Vargas sent two screenshots of a Texas Gun Trader post for a mini-gun. **\*\*Your affiant asserts that this is the Texas Gun Trader post initiated by the HSI CI at the direction of you affiant\*\*** ALAVEZ said, "What about taxes?" RODRIGUEZ-Vargas said, "Probably like $160k. Tell him (unknown)

4

asap bro. My boy here will get it." ALAVEZ said, "He (unknown) said get it if we can. He said confirm so he (unknown) can give us money asap." RODRIGUEZ-Vargas said, "Yeah it's available. Sd forsure wants it? So I can confirm, I'm confirmed on my end." ALAVEZ said, "Yea." RODRIGUEZ-Vargas said, "My boy just got off the phone with the guy. Ok I'm good on my end. What he saying. M-134D Minigun comes with 1k rounds 3k 308 round 5k m13 links." ALAVEZ said, "He said yea. How much is everything?" RODRIGUEZ-Vargas said, "160k including ffl fees my boy wants 10k for getting it how much is he giving me I need to come get it & drive it back it's not in az." ALAREZ said, "240 he said rn but he will ask for more rn." ALAVEZ forwarded a message to ROGRIGUEZ-Vargas from an unknown person that said, "Deja veo si puedo conseguir mas (English translation: Let me see if I can get more.) Pero lo mas importante aqui es que no les quede mal (English translation: But the most important thing here is that they don't let it go wrong.)" ALAVEZ said, "How soon can we have it? As soon as the money arrives?" RODRIGUEZ-Vargas said, "Tell him (unknown) Que no le amos quedado mal acqui a la orden (English translation: We have not failed to do so here at the order). Bro trust as soon as I get the money ima go grab that shit."

12. On October 18, 2024, at approximately 1955 hours, RODRIGUEZ-Vargas (Target Telephone 1) sent a video and three pictures to ALAVEZ (XXX-XXX-2570). The video was of the mini gun and the photographs were of three automatic scars (rifles) and two .50 caliber Barretts. **\*\*Investigators note\*\* Your affiant asserts that the videos and photographs were sent by an HSI CI to RODRIGUEZ-Vargas at the direction of your affiant\*\*** ALAVEZ said, "He has all that?" RODRIGUEZ-Vargas said, "My boy has all that. SCARS fully auto." ALAVEZ said, "How much." RODRIGUEZ-Vargas

5

said, "Barretts 20k." ALAVEZ said, "Scars?" RODRIGUEZ-Vargas said, "Scars 7k they fully auto. Lmk on the Feria bro so I can fly out." RODRIGUEZ-Vargas sent a video of the minigun to VARGAS. **Investigators Note** **Your affiant asserts that the video of the minigun was sent by an HSI CI to RODRIGUEZ-Vargas at the direction of your affiant** RODRIGUEZ-Vargas said, "Lmk pa asap. Ay bro Whatsup with the pkm. I can also get that. They asking me." ALAVEZ said, "He hasn't said anything but let's not get too ahead because they don't have money rn." RODRIGUEZ-Vargas said, "Awww. What happened." ALAVEZ said, "Well they're gonna put everything into this mini (Mini-gun)." RODRIGUEZ-Vargas said, "They can't keep up with us." ALAVEZ said, "FR." RODRIGUEZ-Vargas said, "Those foos gonna sell it for half a mil. Watch." ALAVEZ said, "FR." RODRIGUEZ-Vargas said, "What they call Sd?" ALAVEZ said, "Ojos Sarcos."

13. On October 19, 2024, at approximately 1859 hours, RODRIGUEZ-Vargas (Target Telephone 1) sent a text message to ALAVEZ (XXX-XXX-2570) that said, "Tell him to give us 100 & I'll pay for the rest. Go pick it up. Bro we need this play. Lmk lmk. What he say to you picking up the 100." ALAVEZ said, "Nah he didn't respond." RODRIGUEZ-Varas said, "He slacking." ALAVEZ said, "FR."

14. On October 20, 2024, at approximately 1144 hours, RODRIGUEZ-Vargas sent (Target Telephone 1) sent a text message to ALAVEZ (XXX-XXX-2570) that said, "Yo nothing yet. Yo. What's the word. The guys calling my boy. Tell sd I'll be back in Cali Monday morning. You gonna be gone?" ALAVEZ said," Nothing yet. He hasn't said anything." RODRIGUEZ-Vargas said, "Smh."

6

15. On October 21, 2024, at approximately 1639 hours, RODRIGUEZ-Vargas sent (Target Telephone 1) sent a text message to ALAVEZ (XXX-XXX-2570) that said, "Mini still up for grabs.  The guy called my boys.  Lol my boy sent a 10k deposit."  ALAVEZ said, "Damn ok hopefully it goes through."

16. On October 24, 2024, at approximately 1548 hours, RODRIGUEZ-Vargas sent (Target Telephone 1) sent a text message to ALAVEZ (XXX-XXX-2570) that said, "How do we go about it bro.  I'm using all the money possible to get the mini (Mini-gun)."  ALAVEZ said, "I think we should wait then.  Don't buy them. Yet.  Because this foo doesn't have more money to give us he's getting money when we send the mini gun with a code.  He's going to give us a code to take a picture like how you did with the sticky notes.  Yo bro you're driving to tx?"  RODRIGUEZ-Vargas said, "Yeah right now priority is mini."  ALAVEZ said, "Have you left already.  Take me with you.  Lol."  RODRIGUEZ-Vargas said, " No I'm waiting for confirmation.  I need to go to az first."  ALAVEZ said, "The guy hasn't texted you guys??  Damn."  RODRIGUEZ-Vargas said, "Than take flight to Texas."  ALAVEZ said, "What about the bread."  RODRIGUEZ-Vargas said,  "Naw todo bien.  We just trying to figure out when is the perfect time to go.  So it works out for everyone schedule.  We gonna fly jsx.  They don't check you on there."  ALAVEZ said, "You sure about that?   Ok I trust you."  RODRIGUEZ-Vargas said, "I flew with 150k with them before.  Yeah jsx sick."  ALAVEZ said, "Okay"  RODRIGUEZ-Vargas said, "You can bring guns to.  It's like a private airline."  ALAVEZ said, "Are they expensive?"  RODRIGUEZ-Vargas said, "Like 1500."  ALAVEZ said, "sesh."  RODRIGUEZ-Vargas said, "Same price if we take rental.  I'm trying to avoid driving.  Time is money."

17. On October 25, 2024, at approximately 1804 hours, RODRIGUEZ-Vargas (Target Telephone 1) received a text message from ALAVEZ (XXX-XXX-2570) that said, "He said first the mini and then the pkm.  Priority is mini."  RODRIGUEZ-Vargas said, "Ok bet."

18. On October 28, 2024, at approximately 1133 hours, RODRIGUEZ-Vargas sent (Target Telephone 1) sent a text message to ALAVEZ (XXX-XXX-2570) that said, "Whatsup."  ALAVEZ said, "He just called me to say whats the update.  He's paranoid.  Just be careful bro please."  RODRIGUEZ-Vargas said, Lol tell him to pray it ain't the Feds or they try to rob me."  ALAVEZ said, "Fuckkk. Don't say that.  That foo is stressed."  RODRIGUEZ-Vargas said, "Naw I'm chilling pa.  I ain't stressing."  ALAVEZ said, "I trust you.  Whatever I trust you."

19. On October 28, 2025, at approximately 138 hours, RODRIGUEZ-Vargas sent (Target Telephone 1) sent a video message to ALAVEZ (XXX-XXX-2570) of a box of money, two handguns and a short barrel rifle.  **\*\*Investigators note\*\* The box of money, two handguns and short barrel rifle were the same ones HSI San Antonio seized from RODRIGUEZ-Vargas and PELAYO on October 28, 2024\*\*** ALAVEZ said, "Ok bro be careful.  You know I trust you with whatever."  RODRIGUEZ-Vargas said, "Ya tu sabes."

20. On March 27, 2025, law enforcement personnel conducted a search of law enforcement databases revealed that ALAVEZ provided cellular telephone number XXX-XXX-2570 as his cellular telephone number for his (ALAVEZ) application for a U.S. Passport:

21. On April 7, 2025, HSI San Antonio received subscriber and phone toll information for AT&T cellular phone number XXX-XXX-2570 via HSI subpoena.  The financial liable

8

party and billing party for cellular telephone XXX-XXX-2570 was listed as Noel ALAVEZ.  Furthermore, the address listed on file for cellular telephone XXX-XXX-2570 was the same address listed on ALAVEZ's official California identification card.

22. On October 22, 2024, at approximately 1347 hours, RODRIGUEZ-Vargas (Target Telephone 1) sent a text message to XXX-XXX-8227, whose user is identified as Martha RODRIGUEZ (RODRIGUEZ-Vargas' mother) that said, "Mama le mandas un text a Noel porfas. Para que lo recojas (English translation:  Mom, please send a text to Noel. For you to pick up).  A phone analysis on Noel ALAVEZ's phone revealed that XXX-XXX-8227 (Marth RODRIGUEZ) received four phone calls from Noel ALAVEZ's phone (XXX-XXX-2570) on October 22, 2024.  Your affiant asserts that these messages from RODRIGUEZ-Vargas to his mother (Martha RODRIGUEZ-Vargas) affirm that Noel ALAVEZ was the user of cellular telephone XXX-XXX-2570.

23. On April 17, 2025, HSI San Antonio received subscriber and transaction history from ZELLE Inc. for telephone number XXX-XXX-2570 (Noel ALAVEZ) via HSI Subpoena. The subscriber information for XXX-XXX-2570 was listed at Noel ALAVEZ and from January 1, 2024, through November 11, 2024, ALAVEZ conducted approximately forty-seven (47) money transactions with ZELLE Inc. via telephone number XXX-XXX-2570.

24. Your affiant asserts that the conversations between RODRIGUEZ-Vargas and Noel ALAVEZ demonstrate their ongoing involvement with the attempted purchase of the Mini-gun and other firearms in furtherance of an ongoing weapons trafficking conspiracy.  Furthermore, your affiant asserts that ALAVEZ is in fact the user of cellular telephone XXX-XXX-2570.

**25.** Based upon the above information, your affiant believes that probable cause exists to arrest Noel ALAVEZ for violations of Title 18, United States Code, Section 933, that is, Trafficking firearms and Conspiracy to Traffic in firearms.

Respectfully submitted,

THOMAS E FALLON
Digitally signed by THOMAS E FALLON
Date: 2025.05.20 12:51:02 -05'00'

Thomas Fallon, Special Agent
Homeland Security Investigations

Subscribed electronically and sworn telephonically on this __21st__ day of May, 2025.

_____
HON. ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE

10